ORDERED UNSEALED on 7/31/2023 s/ judepeters

SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

V.

ZACKARY URIAS,

Defendant.

Case No.: '23 MJ2625

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 2, 2023, within the Southern District of California, defendant Zackary URIAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; to wit twelve (12) rounds of 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Richard J. Risteen
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 27th day of July, 2023.

Hon. David D. Leshner
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

During my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to me or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On July 2, 2023, at approximately 12:06 am, El Centro Police Department (ECPD) units responded to a shots fired call in the vicinity of Lovins Cantina, located at 459 Main Street El Centro, California 92243. Following the shooting, during the course of their investigation, ECPD Detectives obtained video footage from the El Centro City Maintained Closed Circuit Television Camera (CCTV) located at the 400 Block of East Main Street in El Centro, California.

The CCTV footage obtained from the El Centro City maintained Camera located at the 400 Block of East Main Street El Centro, California depicts the following:

(Date and Time are noted in the original El Centro City maintained CCTV format.)

-2023-07-02 00:32- A male subject later identified as URIAS, wearing what appears to be a gray shirt and blue jeans is seen standing behind a parked vehicle, a blue Hyundai Volester, California License Plate: 9BNU264, parked in the vicinity of Lovins Cantina:



-2023-07-02 00:55- URIAS is seen standing on Main street in front of the Easter Seals building located at, 453 Main Street, El Centro, California 92243. A red Honda Civic, California License Plate: 9CSN034, stops in front of the Easterseals building facing west. The occupant(s) of the Honda Civic appear to have an exchange with URIAS, URIAS appears to be yelling and gesturing towards the occupant(s) of the Honda Civic:



-2023-07-02 00:57- URIAS can be seen holding what appears to be a black in color bandana. URIAS is seen putting the bandana on, covering his face:






-2023-07-02 01:04- The Honda civic is seen driving east on main street in front of the Easterseals building. URIAS is seen making what appear to be gang hand gestures towards the Honda Civic:



-2023-07-02 01:04- The Honda Civic pulls into the Easterseals parking lot. The occupants of the red Honda Civic exit the vehicle. URIAS is seen reaching into his right rear waistband:



-2023-07-02 01:05- URIAS is seen standing behind a gray Nissan Altima California License Plate: 9DCZ660; URIAS is standing in a combative shooting stance, utilizing the Nissan Altima as protection, appearing to discharge a firearm in the direction of the Honda Civic occupant (s). A muzzle flash can be seen exiting the item URIAS is holding which would denote URIAS is holding an operable firearm:



ECPD crime scene photographs taken following the shooting show a bullet hole on the roof of the Nissan Altima, the bullet trajectory shows the projectile was moving towards the occupants of the Honda Civic from behind the Nissan Altima where URIAS was standing appearing to discharge an operable firearm in the photograph above.






-2023-07-02 01:05- URIAS is seen on the CCTV footage again appearing to discharge an operable firearm towards the occupant (s) of the Honda Civic. The photo depicts what appears to be a muzzle flash exiting a small black item URIAS is holding. The muzzle flash denotes URIAS is holding an operable firearm:



-2023-07-02 01:05- URIAS is seen holding a firearm before entering the Hyundai Volester:



Following the shooting, ECPD officers recovered approximately twelve (12) Aguila 9mm spent shell casings in the vicinity where URIAS appeared to be firing an operable firearm in the CCTV footage. Prior to being hired as an FBI SA, I served as an SA with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Due to my training and experience as an ATF SA, I know Aguila 9MM ammunition to be manufactured in Cuernavaca, Morelos, Mexico and distributed by TXAT LLC. located in Houston, Texas. Therefore, given the twelve (12) Aguila 9mm shell casings were recovered at the scene of the shooting in El Centro, California, the ammunition traveled from outside the State of California to California and an interstate nexus exists.

On July 2, 2023, upon responding to the scene of the shooting ECPD officers were notified by ECPD dispatch, an individual, Ulisses Cisneros (Cisneros) had been admitted to El Centro Regional Medical Center (ECRMC) with a gunshot wound to the chest. Upon arrival at ECRMC, ECPD officers were advised by ECRMC staff Cisneros was brought into the emergency room by a male subject driving a red four door Honda Civic. ECRMC

medical staff provided ECPD officers with the clothing Cisneros was wearing when admitted to ECRMC. Among the clothing obtained was a blue and white NFL Dallas Cowboys Jersey numbered 20 with the last name "pollard" depicted. Following the shooting ECPD detectives also obtained separate CCTV footage from Desert Air Conditioning, located at, 429 Main Street, El Centro, CA 92243. The Desert Air Conditioning CCTV footage taken during the same time frame of the shooting depicts Cisneros wearing a blue and white Dallas Cowboys jersey numbered 20 while standing on the passenger side of a red four door Honda Civic in the same area which URIAS appears to be firing an operable firearm towards:



Below is a photograph taken by ECPD officers of the Dallas Cowboys Jersey Cisneros is seen wearing in the footage above after it was taken off Cisneros by ECRMC medical staff and provided to ECPD officers.




On July 20, 2023, Federal Bureau of Investigation (FBI) Special Agents (SAs) interviewed an eyewitness (W-1) who observed the shooting on July 2, 2023. W-1 advised SAs he/she knows URIAS. W-1 knows URIAS as Zack (URIAS's first name) and by URIAS's street name, "LOONEY". W-1 used to work with URIAS at a construction job. W-1 had seen URIAS inside Lovins Cantina earlier that night prior to the shooting. W-1 was inside Lovins Cantina working at an event. W-1 went outside and saw URIAS yelling at a group of individuals. W-1 observed URIAS holding a small black in color firearm. W-1 observed URIAS fire the firearm, then heard additional shots. W-1 stated URIAS was wearing what looked to be a gray in color t-shirt and acid washed blue jeans during the time of the shooting. SAs provided W-1 with a six (6) photo photographic line-up. W-1 identified the individual in photograph number four as URIAS by circling the photograph, signing his/her name and noting the day's date. W-1 stated the individual in photograph number four was indeed URIAS, the same individual he/she saw holding and firing a firearm in front of Lovins Cantina on July 2, 2023.

On July 3, 2023, ECPD officers received an e-mail from an Imperial County Corrections Officer (CO). The e-mail pertained to the captioned shooting which occurred in the vicinity of Lovins Cantina on July 2, 2023. The CO advised ECPD he was aware of a phone call between then Imperial County Jail Inmate, Jesse Bojorquez, known gang member of Mexican Locos Sorenos (MLS), and "Looney" aka URIAS, which occurred on July 2, 2023 at 3:15 P.M. The CO states the jail call between URIAS and Bojorques was possibly linked to the shooting because URIAS gets on the phone and states, "It's hot right now" and "something went down with the North Side".

Cisneros is a documented member of The North Side Centro (NSC) gang, rival gang of MLS.

On July 14, 2023, based on Imperial County Corrections Officers identifying URIAS through jail calls and the identification of URIAS by W-1; ECPD Officers conducted a high-risk felony traffic stop on URIAS and took URIAS into custody. Upon being taken into custody by ECPD, URIAS appeared to be wearing the same clothing he was wearing in the CCTV footage of the July 2, 2023 shooting:





Records checks on URIAS revealed the following felony convictions, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/2017 | CASC – Imperial | VC 23153(A) – DUI Alcohol/Drugs Cause Bodily Injury - Felony | 16 Months Prison |
| 04/2020 | CASC – Imperial | PC 487 (C) – Grand Theft From Person -Felony | 3 Years Probation; 2 Days Jail |

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may result in the destruction of evidence or otherwise have a negative impact on this continuing investigation.